THE COUNTY OF TOMPKINS, Plaintiff, *v.* MONMOUTH H. INGERSOLL, as Executor of CHARLES INGERSOLL, Deceased, et al., Appellants, and WILLIAM P. HARRINGTON, Respondent.

*County of Tompkins* v. *Ingersoll,* 81 App. Div. 344, affirmed.
(Submitted December 8, 1903: decided January 5, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

April 10, 1903, reversing a judgment in favor of plaintiff and defendants other than the respondent herein, entered upon a decision of the court on trial at Special Term and granting a new trial.

*E. A. Denton* for appellants.

*Randolph Horton* and *George S. Tarbell* for respondent.

Order affirmed and judgment absolute ordered for respondent on the stipulation, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and CULLEN, JJ. Absent: HAIGHT, J.